UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA ALBRECHT, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil No. _____ |
| ) | |
| CITY OF NEWBURYPORT, et. al. ) | |
| ) | |
| Defendants ) | |

## MOTION FOR *PRO SE* PLAINTIFF TO PARTICIPATE IN ELECTRONIC FILING

NOW COMES Plaintiff Dana Albrecht, *pro se*, and respectfully requests for this Court to permit Plaintiff to participate in electronic filing; and, in further support thereof, states:

1. *Pro Se* Litigant is presently a party in the above case.

2. *Pro Se* Litigant is not presently incarcerated.

3. *Pro Se* Litigant represents that he is familiar with the PACER/ECF electronic filing system.

4. *Pro Se* Litigant represents that he has been granted PACER/ECF electronic filing privileges in other jurisdictions; *e.g.* the Uniteed States Court of Appeals for the First Circuit, the United States District Court for the District of New Hampshire, and the United States District Court for the Middle District of Florida.

5. *Pro Se* Litigant represents that he has followed all relevant rules for electronic filing in these jurisdictions and has never had his electronic filing privileges revoked.

WHEREFORE, Plaintiff respectfully requests relief as follows:

A) For this Court to grant Plaintiff electronic filing privileges in this matter; and,

B) For other such other relief as the Court deems just and equitable.

Respectfully submitted,

---
DANA ALBRECHT
*Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com

February 21, 2025.