UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA ALBRECHT,<br>    Plaintiff,<br><br>v.<br><br><br>CITY OF NEWBURYPORT,<br>NEWBURYPORT POLICE DEPARTMENT,<br>LT. RICHARD J. SIEMASKO, solely in his<br>Official capacity as the records access officer<br>of the Newburyport Police Department and his<br>successors in office,<br>    Defendants. | )<br>)<br>)<br>) Civil Action. 1:25-cv-10438-ADB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

Please enter my appearance for the Defendants, City of Newburyport and Lt. Richard J. Siemasko, in his official capacity as the records access officer of the Newbury Police Department and his successors in office, in the above-captioned case.

    Defendants,
    City of Newburyport and Lt. Richard J. Siemasko,

    By their attorney,

    */s/ Joseph A. Padolsky*
    _____
    Joseph A. Padolsky (BBO# 679725)
    Louison, Costello, Condon & Pfaff, LLP
    Ten Post Office Square, Suite 1330
    Boston, MA 02109
    jpadolsky@lccplaw.com
    (617) 439-0305

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the 14th of March 2025:

DANA ALBRECHT
*Pro S e*
131 Daniel Webster Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com

                            */s/ Joseph A. Padolsky*

                            Joseph A. Padolsky