**Mr. Dana Albrecht**
131 Daniel Webster Hwy #235
Nashua, NH 03060

dana.albrecht@hushmail.com
+1 (603) 809-1097

March 17, 2025

Mr. Robert M. Farrell, Clerk of Court
U.S. District Court, District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:   *Albrecht v. City of Newburyport, et al.*
      1:25-cv-10438-AB

Dear Mr. Farrell,

Please find attached a copy of the *Proof of Service* for all named defendants:

- **City of Newburyport** (served 3/4/2025) – Richard Burke Jones, City Clerk.
- **Newburyport Police Department** (served 3/6/2025) – Tracy Alford (dispatcher) *o/b/o* Matthew Simons, City Marshall.
- **Lt. Richard Siemasko** (served 3/4/2025).

Thank you for your time and assistance.

Sincerely,

Dana Albrecht
Encl.

Cc:   Douglas I. Louison (*via* CM/ECF)
      Joseph A. Padolsky (*via* CM/ECF)