Civil Action No.: **1:25–CV–10438–ADB**

## PROOF OF SERVICE



Essex County Sheriff's Department , PO BOX 2019, Salem, MA  01970

March 13, 2025

I hereby certify and return that on 3/6/2025 at 2:24 PM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Tracy Alford, Dispatcher, person in charge at the time of service for Matthew Simons, Newburyport Police Department 4 Green Street Newburyport, MA 01950 . Attestation fee ($5.00) Basic Service Fee ($30.00) Conveyance ($4.50) Postage and Handling ($1.00) Travel ($17.60) Total: $58.10

*[signature]*

Deputy Sheriff  Michael Cooney

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

_____                          _____
        Date                                                              *Server's Signature*

                                              _____
                                                              *Printed name and title*

                                              _____
                                                              *Server's Address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DANA ALBRECHT** | |
| *Plaintiff* | Civil Action No.: |
| v. | 1:25–CV–10438–ADB |
| **CITY OF NEWBURYPORT, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
```
Matthew Simons
Newburyport Police Department
4 Green Street
Newburyport, MA 01950
```

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

```
Dana Albrecht
131 Daniel Webster Hwy #235
Nashua, NH 03060
```

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
CLERK OF COURT

/s/ – Sophie Phillips
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2025–02–21 16:11:53**, Clerk USDC DMA