UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA ALBRECHT,<br>          Plaintiff,<br><br>v.<br><br>CITY OF NEWBURYPORT,<br>NEWBURYPORT POLICE DEPARTMENT,<br>LT. RICHARD J. SIEMASKO, solely in his<br>Official capacity as the records access officer<br>of the Newburyport Police Department and his<br>successors in office,<br>          Defendants. | Civil Action. 1:25-cv-10438-ADB |

**DEFENDANT'S MOTION TO EXTEND
DEADLINE TO FILE RESPONSIVE PLEADING**

NOW COMES the Defendants, City of Newburyport, Newburyport Police Department, and Lt. Richard J. Siemasko, who respectfully move this Honorable Court for a brief extension of time, setting the deadline to file a responsive pleading to March 28, 2025.  The Defendants recently retained undersigned counsel, whose obligations and deadlines in other matters prohibited him from responding before the current deadline.  The Defendants have completed their motion to dismiss and supporting memorandum (attached hereto as Exhibit 1), but request an additional two-days to make the electronic filing in order to attempt to confer with the Plaintiff pursuant to Local Rule 7.1.  Undersigned counsel e-mailed the Plaintiff pursuant to Local Rule 7.1 prior to making this requested extension.  If the matters raised in the Defendants' motion to dismiss cannot be resolved or narrowed, the Defendants intend on electronically filing their motion prior to the requested deadline.

WHEREFOR, the Defendants, City of Newburyport, Newburyport Police Department, and Lt. Richard J. Siemasko, respectfully request this Honorable Court enter an order setting the deadline to file a responsive pleading as March 28, 2025.

        Defendants,
        By their attorney,

        */s/ Joseph A. Padolsky*

        Joseph A. Padolsky (BBO# 679725)
        Douglas I. Louison (BBO# 545191)
        Louison, Costello, Condon & Pfaff, LLP
        Ten Post Office Square, Suite 1330
        Boston, MA 02109
        jpadolsky@lccplaw.com
        dlouison@lccplaw.com
        (617) 439-0305

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the 14th of March 2025:

        DANA ALBRECHT
        *Pro Se*
        131 Daniel Webster Hwy #235
        Nashua, NH 03060
        (603) 809-1097
        dana.albrecht@hushmail.com

        */s/ Joseph A. Padolsky*
        Joseph A. Padolsky, Esquire (BBO #679725)