UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DANA ALBRECHT,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No. 1:25-cv-10438-ADB |
| ) | |
| **CITY OF NEWBURYPORT,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S MOTION TO CLARIFY REPRESENTATION OF NEWBURYPORT POLICE DEPARTMENT**

NOW COMES Plaintiff Dana Albrecht, *pro se*, and respectfully moves this Court to clarify the status of defense counsel's representation of the named defendant Newburyport Police Department, and to direct counsel either to affirm such representation for all purposes or refrain from filing further pleadings on behalf of that entity unless and until such representation is formally confirmed. In support thereof, Plaintiff states:

1. Plaintiff filed suit naming the City of Newburyport, the Newburyport Police Department, and Lieutenant Richard Siemasko (in his official capacity) as defendants.

- 1 -

2. On March 26, 2025, defense counsel filed a motion for extension of time on behalf of all three named defendants, including the Newburyport Police Department.

3. Under **Local Rule 83.5.2(a)**, "[t]he filing of an appearance or any other pleading signed on behalf of a party constitutes an entry of appearance for that party."

4. Accordingly, the March 26, 2025 filing constitutes an appearance on behalf of the Newburyport Police Department.

5. The Newburyport Police Department was served on March 6, 2025, and proof of service was filed as ECF No. 10-2.

6. In response to a Local Rule 7.1 inquiry, defense counsel confirmed via email that he represents all defendants, including the Police Department, but also stated that the Police Department "is not a suable entity," and did not commit to entering a formal appearance or continuing to respond on its behalf.

7. This inconsistency creates procedural ambiguity, particularly for a *pro se* litigant attempting to comply in good faith with the Federal Rules of Civil Procedure, Local Rules, and applicable ethical rules, including Rule 4.2 of the Massachusetts Rules of Professional Conduct.

8. Clarifying the scope and status of representation will promote fairness, avoid confusion regarding service and communication, and protect the integrity of the docket.

9. Plaintiff has filed a memorandum of law in support of this motion.

WHEREFORE, Plaintiff respectfully requests that this Court:

A) Confirm that the filing of the March 26, 2025 motion for extension constituted an appearance on behalf of the Newburyport Police Department under Local Rule 83.5.2(a); and,

B) Direct defense counsel to either (i) affirm that he represents the Newburyport Police Department for all purposes going forward in this litigation, or (ii) disclaim representation and refrain from filing further pleadings or motions on its behalf; and

C) Grant such other and further relief as the Court deems just and proper.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I certify that I conferred with opposing counsel via email on March 26, 2025, in an effort to resolve or narrow the issues raised in this motion. I initially assumed that the absence of a formal appearance on behalf of the Newburyport Police Department was an inadvertent oversight and requested confirmation that counsel intended to appear for that entity. In response, counsel stated that he "can confirm that we represent all defendants," but declined to enter a separate appearance on the Department's behalf, instead stating that "the police department is not a suable entity."

Given that counsel is filing pleadings on behalf of the Newburyport Police Department while simultaneously disclaiming its legal status and the need to clarify representation, the parties were unable to resolve or narrow the issue.

Respectfully submitted,

_____
DANA ALBRECHT
*Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com

March 31, 2025.

## **CERTIFICATE OF SERVICE**

I, Dana Albrecht, hereby certify that a copy of this motion shall be served on all parties and/or counsel of record registered through the ECF system.

_____
DANA ALBRECHT

March 31, 2025

- 4 -