UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA ALBRECHT,<br>               Plaintiff,<br><br>v.<br><br>CITY OF NEWBURYPORT,<br>NEWBURYPORT POLICE DEPARTMENT,<br>LT. RICHARD J. SIEMASKO, solely in his<br>Official capacity as the records access officer<br>of the Newburyport Police Department and his<br>successors in office,<br>               Defendants. | Civil Action. 1:25-cv-10438-ADB |

## **DEFENDANTS' MOTION TO DISMISS**

NOW COMES the Defendants, City of Newburyport, Newburyport Police Department, and Lt. Richard J. Siemasko, pursuant to Federal Rules of Civil Procedure Rule 12(b)(6), who respectfully requests that this Honorable Court dismiss Plaintiffs' Complaint in its entirety. If the Court finds that dismissal in the entirety is not proper, the Defendant requests dismissal of those claims and parties as the Court sees fit.  A memorandum of law is submitted separately in support herewith.

                                                 Defendants,
                                                 By their attorney,

                                                 */s/ Joseph A. Padolsky*
                                                 _____
                                                 Joseph A. Padolsky (BBO# 679725)
                                                 Douglas I. Louison (BBO# 545191)
                                                 Louison, Costello, Condon & Pfaff, LLP
                                                 Ten Post Office Square, Suite 1330
                                                 Boston, MA 02109
                                                 jpadolsky@lccplaw.com
                                                 dlouison@lccplaw.com
                                                 (617) 439-0305

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Now comes undersigned counsel in the above-captioned matter and certifies that he has conferred with counsel for the Plaintiffs, regarding the Defendant Alisson Novak's Motion to Dismiss in an attempt to resolve or narrow the issues raised in said motion.

                         */s/ Joseph A. Padolsky*
                         Joseph A. Padolsky, Esquire (BBO #679725)

Date: March 31, 2025

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the 14th of March 2025:

DANA ALBRECHT
*Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com

                         */s/ Joseph A. Padolsky*
                         Joseph A. Padolsky, Esquire (BBO #679725)