UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA ALBRECHT,<br>              Plaintiff,<br><br>v.<br><br>CITY OF NEWBURYPORT,<br>NEWBURYPORT POLICE DEPARTMENT,<br>LT. RICHARD J. SIEMASKO, solely in his<br>Official capacity as the records access officer<br>of the Newburyport Police Department and his<br>successors in office,<br>              Defendants. | Civil Action. 1:25-cv-10438-ADB |

### DEFENDANTS' *ASSENTED TO* MOTION FOR LEAVE TO FILE MOTION TO DISMISS AND SUPPORTING MEMORANDUM *NUNC PRO TUNC*

Defendants move this Honorable Court to allow the *Defendants' Motion to Dismiss* and *Memorandum of Law in Support of Defendants' Motion to Dismiss nunc pro tunc*. The Plaintiff has *assented to* this request.

The Defendants completed their motion to dismiss and supporting memorandum, which was filed as an exhibit to Docket # 11 [See Doc. # 11-1], but requested an additional two-days to make the electronic filing in order to attempt to confer with the Plaintiff pursuant to Local Rule 7.1. The parties were able to confer but were unable to resolve or narrow the issues raised in the Defendants' motion.

WHEREFORE, Defendants move this Honorable Court to accept the filing of the *Defendants' Motion to Dismiss* and *Memorandum of Law in Support of Defendants' Motion to Dismiss nunc pro tunc*.

to March 28, 2025.

Defendants,
By their attorney,

*/s/ Joseph A. Padolsky*
_____

Joseph A. Padolsky (BBO# 679725)
Douglas I. Louison (BBO# 545191)
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston, MA 02109
jpadolsky@lccplaw.com
dlouison@lccplaw.com
(617) 439-0305

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the 31st of March 2025:

DANA ALBRECHT
*Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com


*/s/ Joseph A. Padolsky*
Joseph A. Padolsky, Esquire (BBO #679725)