UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA ALBRECHT, )<br>)<br>    Plaintiff )<br>  v. )          Civil No. 1:25-cv-10438-ADB<br>)<br>CITY OF NEWBURYPORT, *et al.*, )<br>)<br>    Defendants. ) | |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

NOW COMES Plaintiff Dana Albrecht, *pro se*, and respectfully moves this Court to extend the deadline for Plaintiff to file a response to *Defendant's Motion to Dismiss* (ECF No. 14) and accompanying *Memorandum* (ECF No. 15) up to and including Monday, April 28, 2025. In support thereof it is stated:

1. A response would normally be due April 14, 2025.

2. Plaintiff respectfully requests a two-week extension to allow additional time to prepare a complete and thorough response.

3. Next week is Holy Week, during which many individuals – including Plaintiff – step back from ordinary work obligations in light of religious observance.

4. Granting this extension will not unduly delay the proceedings or prejudice any party.

5. Counsel for Defendants has assented to the relief requested.

WHEREFORE, Plaintiff respectfully requests that this Court:

A) Extend the deadline for Plaintiff to file a response to Defendant's *Motion to Dismiss* (ECF No. 14) and accompanying *Memorandum* (ECF No. 15) up to and including Monday, April 28, 2025

B) Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

_____

DANA ALBRECHT
*Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com

April 8, 2025.

## CERTIFICATE OF SERVICE

I, Dana Albrecht, hereby certify that a copy of this motion shall be served on all parties and/or counsel of record registered through the ECF system.

_____
DANA ALBRECHT

April 8, 2025