UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA ALBRECHT, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil No. 1:25-cv-10438-ADB |
| ) | |
| CITY OF NEWBURYPORT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITIES**

Plaintiff respectfully submits this *Notice of Supplemental Authorities* to bring to the Court's attention certain materials that became available only **after** the filing of the Complaint in this matter. These materials directly bear on factual and legal issues raised in Defendants' pending *Motion to Dismiss* and pertain to the public availability of key records at the center of this dispute.

Specifically, Plaintiff attaches the following documents:

1. A legal opinion dated May 20, 2024, issued by the Massachusetts Supervisor of Records in Public Records Appeal SPR24/1359, concluding that the Newburyport Police Department had not demonstrated a proper basis for withholding certain responsive records, including a police report, under the Public Records Law or applicable exemptions.

- 1 -

2. A letter-order dated August 12, 2022, from the Newburyport District Court, formally transferring a criminal complaint to the Peabody District Court due to a conflict of interest.

3. The Newburyport Police Department Arrest Report 22-77-AR, dated on or about June 1, 2022, detailing alleged conduct relevant to the Complaint.

4. A written statement dated May 31, 2022, by Officer Patrick Szymkowski of the Salisbury Police Department, contained within Newburyport Police Department Incident Report 22-327-OF, and concerning the same incident referenced above.

The Supervisor of Records opinion addresses whether items (2) through (4) are subject to disclosure under the Massachusetts Public Records Law. This determination is directly relevant to the subject matter of this case, which concerns the accessibility and dissemination of these documents. These materials were not available to Plaintiff at the time the Complaint was filed.

Plaintiff has redacted personally identifiable information (e.g., birth dates, contact information, and social security numbers) from the attached exhibits for public filing in accordance with appropriate federal rules of procedure. Should the Court or any party request access to the unredacted versions, Plaintiff is prepared to provide them under seal or for *in camera* review.

Plaintiff submits these authorities solely for the Court's information and does not offer additional briefing or argument at this time. Plaintiff reserves the right to seek leave to amend the Complaint or to request other relief as permitted under the Federal Rules of Civil Procedure.

- 3 -

                            Respectfully submitted,

                            _____
                            DANA ALBRECHT
                                *Pro Se*
                            131 Daniel Webster Hwy #235
                            Nashua, NH 03060
                            (603) 809-1097
                            dana.albrecht@hushmail.com

April 24, 2025.

## CERTIFICATE OF SERVICE

I, Dana Albrecht, hereby certify that a copy of this Notice shall be served on all parties and/or counsel of record registered through the ECF system.

                            _____
                            DANA ALBRECHT

April 24, 2025