

Newburyport Police Department
Summons Report

Page: 1
06/01/2022

**Summons #: 22-77-AR**
**Call #: 22-11165**

**POLICE**

Date/Time Reported: 05/31/2022 @ 1818
Arrest Date/Time: 06/01/2022 @ 1858

**OBTN:** TNEY202200077
Reporting Officer: Patrolman Schyler Reilly

Signature: _____

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | BERARD, DESTINIE LEE | F | W | 42 | ▓▓▓ | ▓▓▓ |

Military Active Duty: N
HEIGHT: ▓   WEIGHT: ▓   HAIR: BLOND OR STRAWBERRY   EYES: BLUE
BODY: NOT AVAIL.   COMPLEXION: NOT AVAIL.
DOB: ▓   PLACE OF BIRTH: HAVERHILL, UNITED STATES
LICENSE NUMBER: MA ▓   ETHNICITY: NOT HISPANIC
PCF #: 2229115

**[APPEARANCE]**

GLASSES WORN: NO

FATHER'S NAME: BERARD, WILLIAM
MOTHER'S NAME: KELLEHER, BRENDA

| # | OFFENSE(S) | ATTEMPTED | TYPE |
|---|---|---|---|
| | LOCATION TYPE: Bar/Night Club   Zone: market west-ashland | | |
| | ELKS LODGE, BPOE | | |
| | 25 LOW ST | | |
| | NEWBURYPORT MA 01950 | | |
| 1 | ABUSE PREVENTION ORDER, VIOLATE   209A/7           209A      7 | N | Misdemeanor |
| | OCCURRED: 05/30/2022   1425 | | |

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | SZYMKOWSKI, PATRICK | M | W | 45 | ▓▓▓ | ▓▓▓ |

DOB: ▓
EMPLOYER: SALISBURY PD
ETHNICITY: Not of Hispanic Origin
RESIDENT STATUS: Non Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1
RELATION TO: BERARD DESTINIE         Ex-Spouse
CONTACT INFORMATION:
Home Phone         (Primary)        ▓▓▓

Newburyport Police Department
PERSONNEL NARRATIVE FOR PATROLMAN SCHYLER J REILLY
Ref: 22-77-AR

On May 31st 2022 I, Officer Schyler Reilly, was assigned to marked uniform patrol for the City of Newburyport from 4:00 P.M. to 12:00 A.M. in marked cruiser 505. At approximately 6:18 P.M. I was dispatched to return to the Newburyport Police Department to take a report in regards to a restraining order violation that occurred the day prior.

Upon arrival I met the reporting party Patrick Szymkowski. Mr. Szymkowski informed me he was there to make a report that an ex-girlfriend of his violated a restraining order that he has against her. The restraining order is out of New Hampshire and is active until July 11th 2025. In the order it clearly details that the defendant, Destinie Berard, is to stay away at least 300 feet from the plaintiff, Mr. Szymkowski. Mr. Szymkowski went on to explain that yesterday he had attended a funeral service in Seabrook NH for a close friend who had passed away. Mr. Szymkowski stated that while at the funeral Ms. Berard was also there. He said he was not shocked that she was there as she knew the person who had passed away as well. Mr. Szymkowski explained that Ms. Berard had gotten up from where she was originally sitting and moved to a seat that was only a few seats away and in front of him and his current girlfriend. Mr. Szymkowski went on to explain that Ms. Berard had seen him there and had moved seats on purpose. Mr. Szymkowski explained that while he has had this restraining order since 2018, Ms. Berard has continued to push the limits of the order and has engaged in similar actions in the past. Mr. Szymkowski advised he has already informed the Seabrook Police Department in regards to the violation in New Hampshire, see Seabrook PD report 22-579-OF.

When the funeral service had finished in Seabrook NH there was a celebration of life at the Elks in Newburyport on Low St. Mr. Szymkowski explained that when he arrived Ms. Berard was also there and seated at a table right next to his brother's table. Mr. Szymkowski stated he went to the bar to grab a drink then sat down next to his brother at the table. Mr. Szymkowski stated that about fifteen minutes later he went back up to the bar to get another drink. At that time, he stated Ms. Berard had gotten up to engage another person who was only approximately 10 feet away from him. Mr. Szymkowski stated he then went back to his seat and Ms. Berard shortly after did the same. Mr. Szymkowski stated about another thirty-five minutes went by and at that time Ms. Berard had left the Elks.

Mr. Szymkowski advised Ms. Berard clearly saw that he was there and showed complete disregard for the restraining order stipulations. She did not stay away more than 300 ft and appeared be position herself in a way so she would be in be in constant eye sight of Mr. Szymkowski. Mr. Szymkowski stated at this time he just wants the incident documented and is still contemplating if he is going to pursue charges against Ms. Berard for the restraining order violations. Mr. Szymkowski advised he had reported the incident to the Seabrook NH Police Department as well for the restraining order violations that occurred at the funeral service in Seabrook NH. Mr. Szymkowski advised he would reach back out if he wanted to pursue charges or had any other information regarding the incident.

Today June 1st 2022 I, Officer Schyler Reilly, was working an assigned detail on Storey Ave. from 7:00 A.M. to 5:00 P.M. While on my detail I was able to speak with Mr. Szymkowski. I informed Mr. Szymkowski I was going to pursue charges against Ms. Berard in regards to the restraining order violations Ms. Berard had committed while at the Elks in Newburyport on May 30th. It was clear that Ms. Berard had shown blatant disregard to the restraining order and I felt it appropriate to pursue charges. Mr. Szymkowski advised he had thought it over more and agreed that he also

wished to pursue charges against Ms. Berard. Due to Ms. Berard's past behavior and disregard for the restraining order and pushing its limits in the past, Mr. Szymkowski felt it to be necessary to move forward with the charge. It was clear after my conversation with Mr. Szymkowski that Ms. Berard showed blatant disregard for the restraining order and its stipulations and violated the restraining order. The restraining order clearly states that Ms. Berard is to remain more than 300 ft away from Mr. Szymkowski. Ms. Berard showed no effort to create the necessary space when she saw Mr. Szymkowski, and in fact closed the space between then getting even closer to Mr. Szymkowski seemingly on purpose. Ms. Berard did not make an attempt to leave the Elks when she saw Mr. Szymkowski and did not even attempt to create space between them. She instead created less space getting closer to Mr. Szymkowski, continuing to violate the stipulation clearly detailed in the restraining order.

**New Hampshire Domestic Violence Final Order of Protection:**

**Case Number: 618-2018-DV00084**

**PNO Number: 6181810084**

**Court: 10th Circuit - Family Division - Brentwood**

**Court ORI: NH008293J**

I am issuing a Summons for Destinie Berard to appear at the Newburyport District Court for the following charge:

**Chapter 209A Section 7: Restraining Order Violation**

Respectfully Submitted,

Officer Schyler Reilly