```
                          Newburyport Police Department                       Page:    1
Selective Search  From: 05/31/2022  Thru: 05/31/2022    0000 - 2359   Printed: 05/03/2024
```

**For Date: 05/31/2022 - Tuesday**

| Time | Call Reason | Action |
|---|---|---|
| 1818 | Walk-In - 209A Order Violated | Investigated |

```
        Call Source:    Walk-In
    Location/Address:   [NEY 925] NEWBURYPORT POLICE DEPARTMENT - GREEN ST
               Unit:    505  Patrolman Schyler J Reilly
    Refer To Incident:  22-327-OF
```

# Newburyport Police Department

**STATEMENT OF:**  **INCIDENT:** 22-327-OF

NAME: Patrick Szymkowski           DATE: 5-31-22
ADDRESS: ███████████              ST: ███   ZIP: ███
TELEPHONE: (HM) ─              (CELL) ███
DATE OF BIRTH: ███              SSN#: ███
EMAIL ADDRESS: pszymkowski1@gmail.com

On 5-30-22 I attended a celebration of life for a recently deceased friend, at the Elks on Low St. Prior to the Elks I attended a funeral Mass in Seabrook, NH to which Destinie Beraud attended. I currently have a NH protection order identifying Beraud as the defendant. Beraud violated the protection order in NH by maintaining less than 300 feet. That incident was documented with the Seabrook Police as well, refer to Seabrook incident # 22-579-OF.

My girlfriend and I arrived at the Elks and observed Beraud seated at a table next to my brother. I grabbed a drink and sat next to my brother and sister-in-law. Beraud was approx 10 feet behind me / facing me and absolutely knew I was there.

Appx 15 minutes later I got up to get another drink, Beraud shortly thereafter also got up to engage a person approx 10 feet behind me. I returned to my seat and she as well did soon thereafter.

After a total of 35 minutes Beraud did leave the Elks. ~~prior to~~

**Signed under the pains and penalties of perjury**

SIGNATURE: [signed] Pat Szymk.          DATE: 5/31/22
WITNESS: [signature]                     DATE: 5/31/22