UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DANA ALBRECHT,** )<br>)<br>     **Plaintiff** )<br>     v. )<br>)<br>**CITY OF NEWBURYPORT,** *et al.*, )<br>)<br>     **Defendants.** ) | **Civil No. 1:25-cv-10438-ADB** |

---

### ASSENTED-TO MOTION FOR EXTENSION OF TIME

---

NOW COMES Plaintiff Dana Albrecht, *pro se*, and respectfully moves this Court to extend the deadline for Plaintiff to file a response to *Defendants' Motion to Dismiss* (ECF No. 14) and accompanying *Memorandum* (ECF No. 15) up to and including Monday, May 12, 2025. In support thereof it is stated:

1. A response is currently due April 28, 2025.

2. Plaintiff respectfully requests a 14-day extension due to additional unexpected obligations that have arisen following Easter Sunday.

3. Consequently, the new deadline would be Monday, May 12, 2025.

4. Granting this extension will not unduly delay the proceedings or prejudice any party.

5. Counsel for Defendants has assented to the relief requested.

WHEREFORE, Plaintiff respectfully requests that this Court:

A) Extend the deadline for Plaintiff to file a response to Defendant's *Motion to Dismiss* (ECF No. 14) and accompanying *Memorandum* (ECF No. 15) up to and including Monday, May 12, 2025; and,

B) Grant such other and further relief as the Court deems just and proper.

          Respectfully submitted,

          _____
          DANA ALBRECHT
          *Pro Se*
          131 Daniel Webster Hwy #235
          Nashua, NH 03060
          (603) 809-1097
          dana.albrecht@hushmail.com

April 25, 2025.

## CERTIFICATE OF SERVICE

I, Dana Albrecht, hereby certify that a copy of this motion shall be served on all parties and/or counsel of record registered through the ECF system.

          _____
          DANA ALBRECHT

April 25, 2025

- 2 -