Re: request

**Subject:** Re: request
**From:** Dana Albrecht <dana.albrecht@hushmail.com>
**Date:** 7/30/24, 06:17
**To:** Richard Siemasko <rsiemasko@newburyportpolice.com>
**CC:** Susan McGrath <SMcGrath@newburyportpolice.com>, mayor@cityofnewburyport.com, Dana Albrecht <dana.albrecht@hushmail.com>

Good morning Lt. Seimasko,

Since I filed my original request, I now believe that the responsive records I originally asked for would include (but not be limited to) Newburyport Police Report 22-77-AR, should you require any further assistance in finding the responsive records more quickly.

In any event, are you able to provide me with any update, concerning my original request dated July 11, 2024? *Please see attached*.

Thanks,

-Dana

On 7/23/24 09:52, Richard Siemasko wrote:

> Good Morning,
> I am in possession of your request. I am will review the document you requested to determine if any fall within any exemptions to the Public Records Law.  I will provide you with the documents you requested or a denial letter within the time allowed by Massachusetts General Law.
>
> Sincerely,
>
> Richard J. Siemasko, Esq.
> Senior Lieutenant
> Newburyport Police Dept.
> 4 Green Street
> Newburyport, MA  01950
> 978-462-4411 ext. 1003
>
> CONFIDENTIALITY: This communication, including attachments, is for exclusive use of the addressee(s) and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, or distribution or the taking of any action in reliance upon this information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this communication and destroy all copies.

RE: request

**Disclaimer**

This communication from the City of Newburyport is intended only for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you received this e-mail in error, please notify the sender immediately and destroy this e-mail and all copies of it.  Thank you.

The Commonwealth of Massachusetts considers most electronic communications to and from public employees to be public records and disclosable under the Massachusetts Public Records Law and its implementing regulations.

Attachments:

| 2024_07_11_Newburyport_RTK.pdf | 554 KB |