

# Trial Court of the Commonwealth

*DISTRICT COURT DEPARTMENT*
Newburyport/Ipswich Divison
188 State Street
Newburyport, MA 01950
Telephone (978) 462-2652   Fax (978) 463-0438
cmnewburyportdc@jud.state.ma.us
cmipswichdc@jud.state.ma.us
*KERRIN M. COSTELLO*
Clerk-Magistrate

*LAWRENCE A. THORESON III*
First Assistant Clerk

*JANE PAGLEY*
Assistant Clerk
For the JURY

*RACHEL HICKEY*
Assistant Clerk-Magistrate

*ANN ARCHER*
Assistant Clerk-Magistrate

Destinie Berard
46 Pond Street
Georgetown, Massachusetts 01833-1639

August 12, 2022

Re: Newburyport Police Department vs Destinie Berard
Docket No: 2222AC0713-HR



Ms. Berard:

Regarding the above-mentioned complaint, a hearing was conducted via zoom on 07/29/2022. After careful review of both the police report and documents submitted by you prior to the hearing, I requested a transfer of this case to avoid any conflict of interest or appearance of impropriety. This due in part to your question during the hearing if there would be a conflict of interest and because the alleged victim is a police officer in a department within this court's jurisdiction. My request for such transfer has been approved by the Regional Administrative Justice. The matter will be heard in the Peabody District court on a date and time to be determined by the Peabody Clerk-Magistrate. Kindly monitor your mail for such notice.

Very truly,

Jane Pagley
Assistant Clerk-Magistrate
Newburyport/Ipswich District Court

Cc: Lieutenant Richard Siemasko, Newburyport Police Department
    Kerrin Costello, Clerk-Magistrate Newburyport/Ipswich District Court
    Kevin Finnegan, Clerk-Magistrate Peabody District Court

mailed to D 8.15.22



## COMMONWEALTH OF MASSACHUSETTS
## DISTRICT COURT DEPARTMENT

### ORDER OF TRANSFER
Destinie Berard
Newburyport District Court Application for Criminal Complaint No. 2222AAC000713-HR

To avoid a conflict of interest or appearance thereof, pursuant to the authority of the Chief Justice of the District Court under G. L. c.211B, § 10 (iv) as delegated by Administrative Regulation 1-06, I hereby ORDER that the above-entitled matter be transferred from the Newburyport District Court to the Peabody District Court, with the matter to proceed in the Peabody District Court as if originally commenced therein. Upon receipt of this order, the Clerk-Magistrate of the Newburyport District Court shall docket the order, provide a copy to the complainant, the accused or their attorney, the First Justice and the Chief Probation Officer, retain a photocopy of the dockets and case file, and forward the original docket and case file to the Clerk-Magistrate of the Peabody District Court.

Following receipt of the case papers from the Newburyport District Court, the Clerk-Magistrate of the Peabody District Court shall take whatever steps may be needed to schedule the hearing on the application, if appropriate, and to so notify the parties and the Chief Probation Officer.

Dated and effective: August 11, 2022

Hon. Lynn C. Rooney
Regional Administrative Justice

cc: Chief Justice of the District Court
Clerk Magistrate Kerrin Costello
Clerk Magistrate Kevin Finnegan

# NOTICE OF LITIGATION INVOLVING COURT EMPLOYEE OR FAMILY OR HOUSEHOLD MEMBER
pursuant to Administrative Regulation 1-06

| COURT DIVISION | Trial Court of Massachusetts |
|---|---|
| Newburyport District Court | District Court Department |

| CASE NAME | DOCKET NO. | CASE TYPE | NEXT COURT EVENT | NEXT COURT DATE |
|---|---|---|---|---|
| Newburyport Police Department vs Destinie Berard | 2222AC0713-HR | AC | Show Cause Hearing | |

The case(s) involve(s) a ☐ party ☐ witness or ☒ alleged victim (check all that apply):

- ☐ An *employee* assigned to this court division who is involved in a ***private capacity.****
- ☐ An *employee* assigned to this court division who is involved in an ***official capacity.*** *(Explain below.)*
- ☐ The ***spouse*** or ***domestic partner*** of an employee assigned to this court division.*
- ☐ Someone who ***resides in the household*** of an employee assigned to this court division.*
- ☐ A ***relative (within the third degree)*** of an employee assigned to this court division or his/her spouse or domestic partner. This includes a great-grandparent, grandparent, parent, uncle, aunt, brother, sister, child, grandchild, great-grandchild, niece or nephew.
- ☐ Someone with ***particularly close personal or business ties*** to an employee assigned to this court division.
- ☐ A ***judge, or his/her family or household member.*** THESE MATTERS MUST BE REFERRED TO THE CHIEF JUSTICE OF THE DISTRICT COURT FOR TRANSFER OR SPECIAL ASSIGNMENT.
- ☒ Other. *(Explain below.)*

### RELEVANT ADDITIONAL INFORMATION ABOUT PERSON INVOLVED & HIS/HER ROLE IN CASE(S)

Alleged victim is a Salisbury Police Officer. Initial hearing before Clerk Pagley, where defendant questioned the conflict of interest, where alleged victim works for a police department in our jurisdiction.

Submit this form to the court's First Justice. Provide a copy to the Department Head and the Clerk-Magistrate.

| SUBMITTED BY: PRINT NAME | TITLE | DATE |
|---|---|---|
| Kerrin Costello | Clerk-Magistrate | August 08, 2022 |

### FIRST JUSTICE'S AND/OR DEPARTMENT HEAD'S COMMENTS *(to be sent to RAJ)*

| FIRST JUSTICE OR DEPARTMENT HEAD | DATE |
|---|---|
| *[signature]* Kerrin M Costello, CM | 8-8-22 |

### REGIONAL ADMINISTRATIVE JUSTICE'S DECISION *(to be sent to Clerk-Magistrate and to AODC)*

- ☐ The matter(s) will be transferred to *(name of court)* _____
- ☐ The matter(s) will not be transferred.
- ☐ The matter(s) will be specially assigned to *(name of judge or clerk)* _____
- ☐ Other: _____

| REGIONAL ADMINISTRATIVE JUSTICE | DATE |
|---|---|
| | |

Mandatory transfer is required unless the *person* is a prospective witness (as opposed to a party or victim), and absent extraordinary circumstances.