Newburyport Police Department  Page: 1
Selective Search  From: 05/31/2022  Thru: 05/31/2022  0000 - 2359  Printed: 05/03/2024

**For Date: 05/31/2022 - Tuesday**

| Time | Call Reason | Action |
|---|---|---|
| 1818 | Walk-In - 209A Order Violated | Investigated |

    Call Source: Walk-In
Location/Address: [NEY 925] NEWBURYPORT POLICE DEPARTMENT - GREEN ST
        Unit: 505 Patrolman Schyler J Reilly
Refer To Incident: 22-327-OF

# Newburyport Police Department

**STATEMENT OF:**

INCIDENT: 22-327-OF

NAME: Patrick Szymkowski
DATE: 5-31-22
ADDRESS: ▌▌▌▌▌▌  ST: ▌▌  ZIP: ▌▌▌▌
TELEPHONE: (HM) ——  (CELL) ▌▌▌▌
DATE OF BIRTH: ▌▌▌▌  SSN#: ▌▌▌▌
EMAIL ADDRESS: pszymkowski2@gmail.com

On 5-30-22 I attended a celebration of life for a recently deceased friend, at the Elks on Low St. Prior to the Elks I attended a funeral Mass in Seabrook, NH to which Destinie Broard attended. I currently have a NH protection order identifying Broard as the defendant. Broard violated the protection order in NH by maintaining less than 300 feet. That incident was documented with the Seabrook Police as well, refer to Seabrook incident # 22-579-OF.

My girlfriend and I arrived at the Elks and observed Broard seated at a table next to my brother. I grabbed a drink and sat next to my brother and sister-in-law. Broard was approx 10 feet behind me / facing me and absolutely knew I was there.

Appx 15 minutes later I got up to get another drink, Broard shortly thereafter also got up to engage a person approx 10 feet behind me. I returned to my seat and she as well died soon thereafter.

After a total of 35 minutes Broard did leave the Elks, prior to

Signed under the pains and penalties of perjury

SIGNATURE: *[signed]*  DATE: 5/31/22

WITNESS: *[signed]*  DATE: 5/31/22