UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA ALBRECHT,<br>    Plaintiff,<br><br>v.<br><br>CITY OF NEWBURYPORT,<br>NEWBURYPORT POLICE DEPARTMENT,<br>LT. RICHARD J. SIEMASKO, solely in his<br>Official capacity as the records access officer<br>of the Newburyport Police Department and his<br>successors in office,<br>    Defendants. | Civil Action. 1:25-cv-10438-ADB |

### **DEFENDANT'S *ASSENTED TO* MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING**

NOW COMES the Defendants, City of Newburyport, Newburyport Police Department, and Lt. Richard J. Siemasko, who respectfully move this Honorable Court for a brief extension of time, setting the deadline to file a responsive pleading to May 30, 2025. The Defendants previously filed a motion to dismiss and supporting memorandum (Doc. Nos. 14 & 15), which were mooted because the Plaintiff filed an Amended Complaint as opposed to an opposition. (Doc. No. 24; see also Doc. No. 26). Plaintiff has assented to this request.

WHEREFOR, the Defendants, City of Newburyport, Newburyport Police Department, and Lt. Richard J. Siemasko, respectfully request this Honorable Court enter an order setting the deadline to file a responsive pleading to Plaintiff's Amended Complaint as May 30, 2025.

Defendants,
By their attorney,

*/s/ Joseph A. Padolsky*

Joseph A. Padolsky (BBO# 679725)
Douglas I. Louison (BBO# 545191)
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston, MA 02109
jpadolsky@lccplaw.com
dlouison@lccplaw.com
(617) 439-0305

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the 14th of March 2025:

DANA ALBRECHT
*Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com


*/s/ Joseph A. Padolsky*
Joseph A. Padolsky, Esquire (BBO #679725)