UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA ALBRECHT,<br>    Plaintiff,<br><br>v.<br><br>CITY OF NEWBURYPORT,<br>NEWBURYPORT POLICE DEPARTMENT,<br>LT. RICHARD J. SIEMASKO, solely in his<br>Official capacity as the records access officer<br>of the Newburyport Police Department and his<br>successors in office,<br>    Defendants. | Civil Action. 1:25-cv-10438-ADB |

## DEFENDANTS' MOTION TO DISMISS
## AMENDED COMPLAINT

  NOW COMES the Defendants, City of Newburyport, Newburyport Police Department, and Lt. Richard J. Siemasko, pursuant to Federal Rules of Civil Procedure Rule 12(b)(6), who respectfully requests that this Honorable Court dismiss Plaintiffs' Amended Complaint in its entirety. If the Court finds that dismissal in the entirety is not proper, the Defendant requests dismissal of those claims and parties as the Court sees fit. A memorandum of law is submitted separately in support herewith.

             Defendants,
             By their attorney,

             */s/ Joseph A. Padolsky*
             _____
             Joseph A. Padolsky (BBO# 679725)
             Douglas I. Louison (BBO# 545191)
             Louison, Costello, Condon & Pfaff, LLP
             Ten Post Office Square, Suite 1330
             Boston, MA 02109
             jpadolsky@lccplaw.com
             dlouison@lccplaw.com
             (617) 439-0305

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

      Now comes undersigned counsel in the above-captioned matter and certifies that he emailed the plaintiff on May 29, 2025 for purposes of conferring to comply with Local Rule 7.1 and that as of the time of filing the parties have not resolved or narrowed any of the issues raised in the motion.

                                      */s/ Joseph A. Padolsky*
                              Joseph A. Padolsky, Esquire (BBO #679725)

Date: May 30, 2025

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the 14th of March 2025:

DANA ALBRECHT
*Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com

                                      */s/ Joseph A. Padolsky*
                              Joseph A. Padolsky, Esquire (BBO #679725)