UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DANA ALBRECHT,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No. 1:25-cv-10438-ADB |
| ) | |
| **CITY OF NEWBURYPORT,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITIES

Plaintiff respectfully submits this Notice of Supplemental Authorities to bring to the Court's attention additional records recently released by the Massachusetts Secretary of the Commonwealth's Public Records Division **on June 12, 2025,** in response to a public records request. These records pertain to **Public Records Appeal SPR24/1359**, which concerns the Newburyport Police Department's withholding of documents related to **Incident Report #22-327-OF.**

These materials directly relate to factual matters raised in the Amended Complaint and the Defendants' pending motion to dismiss, particularly with respect to the accessibility, public status, and handling of police records.

Specifically, Plaintiff attaches the following:

1. **Email from Benjamin Chan**, Senior Legal Clerk, dated **June 12, 2025**, transmitting the responsive documents produced by the Public Records Division in SPR24/1359.

2. **SPR241359 Determination_Redacted.pdf** – the official May 20, 2024 decision of the Supervisor of Records directing the Newburyport Police Department to issue a further response.

3. **spr241359.pdf** – full version of the above determination, analyzing and critiquing the Department's reliance on CORI and Exemption (c) to withhold the narrative portion of Incident Report #22-327-OF.

4. **FW SPR241359 Appeal Acknowledgement additional info_Redacted.pdf** – internal and external correspondence concerning the scope of the incident, with statements from Newburyport Police asserting that the matter involved "incidental contact" and **did not** constitute domestic violence.

5. **RE Morning spreadsheet.pdf** – internal administrative email confirming the opening of SPR24/1359.

6. **Re SPR241359 Determination_Redacted.pdf** – email confirming receipt of the Supervisor's determination by the original requestor.

7. **RE SPR241359 Draft Determination Letter (due today).pdf** – internal communications finalizing the draft decision in SPR24/1359.

8. **SPR24-1359_Redacted.pdf** – acknowledgment letter from the Supervisor of Records confirming the appeal was docketed and assigned for review.

9. **SPR241359 Appeal Acknowledgement_Redacted.pdf** – formal notification to the Newburyport Police Department of the pending appeal and request for clarification of exemption claims.

All redactions in these materials were made by the Public Records Division prior to their release.

These supplemental materials are submitted solely for the Court's information. Plaintiff reserves all rights under the Federal Rules of Civil Procedure.

                                        Respectfully submitted,

                                        _____
                                        DANA ALBRECHT
                                            *Pro Se*
                                        131 Daniel Webster Hwy #235
                                        Nashua, NH 03060
                                        (603) 809-1097
                                        dana.albrecht@hushmail.com

June 13, 2025.

### CERTIFICATE OF SERVICE

I, Dana Albrecht, hereby certify that a copy of this Notice shall be served on all parties and/or counsel of record registered through the ECF system.

                                        _____
                                        DANA ALBRECHT

June 13, 2025