**Subject:** RE: Request for Public Records
**From:** "Chan, Benjamin (SEC)" <Benjamin.Chan@sec.state.ma.us>
**Date:** 6/12/25, 15:49
**To:** Dana Albrecht <dana.albrecht@hushmail.com>
**CC:** "Sec.RAO@sec.state.ma.us" <Sec.RAO@sec.state.ma.us>

```
Hello,

Pursuant to your public records request dated June 5, 2025, requesting "[a]ll correspondence,
emails, police reports, and other documents currently in possession of the Public Records
Division that directly relate to: An order (SPR24/1359) dated May 20, 2024 from Manza Arthur, the
Supervisor of Records," please find attached the records responsive to your public records
request.

This Division redacted the records under Exemption (c) of the Public Records Law.

Exemption (c) applies to:

personnel and medical files or information and any other materials or data relating to a
specifically named individual, the disclosure of which may constitute an unwarranted invasion of
personal privacy; provided, however, that this subclause shall not apply to records related to a
law enforcement misconduct investigation. G. L. c. 4, § 7(26)(c).

Under Exemption (c), the Division is withholding the requestor's personal email address and
personal phone number for the subject appeal referenced. Disclosure of the redacted information
would constitute an unwarranted invasion of personal privacy.

You have the right to appeal this response to the Supervisor of Records pursuant to G. L. c. 66,
§ 10A(a), and to seek judicial review of an unfavorable decision by commencing a civil action in
the superior court under G. L. c. 66, § 10A(c).

Very Respectfully,
Benjamin

Benjamin Chan (he/him/his)
Senior Legal Clerk
Office of the Secretary of the Commonwealth
Public Records Division
One Ashburton Place, Room 1719
Boston, MA 02108
617-727-2832


-----Original Message-----
From: Dana Albrecht <dana.albrecht@hushmail.com>
Sent: Thursday, June 5, 2025 3:06 PM
To: Sec.RAO@sec.state.ma.us
Cc: Dana Albrecht <dana.albrecht@hushmail.com>
Subject: Request for Public Records

Good afternoon Ms. Gray,

Please see the attached correspondence.

Kind regards,

Dana Albrecht
```

— Attachments: —

| | |
|---|---|
| SPR241359 Determination_Redacted.pdf | 118 KB |
| spr241359.pdf | 245 KB |
| FW SPR241359 Appeal Acknowledgement additional info_Redacted.pdf | 243 KB |
| RE Morning spreadsheet.pdf | 185 KB |
| Re SPR241359 Determination_Redacted.pdf | 118 KB |
| RE SPR241359 Draft Determination Letter (due today).pdf | 161 KB |
| SPR24-1359_Redacted.pdf | 410 KB |
| SPR241359 Appeal Acknowledgement_Redacted.pdf | 117 KB |