# Chan, Benjamin (SEC)

| | |
|---|---|
| **From:** | Patrick Szymkowski |
| **Sent:** | Monday, May 20, 2024 3:28 PM |
| **To:** | Pierce, Patrick (SEC) |
| **Cc:** | rsiemasko@newburyportpolice.com; SEC-DL-PREWEB; mmurray@newburyportpolice.com |
| **Subject:** | Re: SPR24/1359 Determination |
| **Attachments:** | Szymkowski Record Request Denial.pdf; NBPT_PRR_Appeal.pdf |

Mr. Pierce,

Appeal determination received, thank you.

Respectfully,

Patrick Szymkowski

On Mon, May 20, 2024 at 10:55 AM Pierce, Patrick (SEC) <Patrick.Pierce@sec.state.ma.us> wrote:

> Good Morning,
>
> Please be aware, the Supervisor of Records has issued a determination relating to an appeal in which you were involved. This determination is attached and available online at: http://www.sec.state.ma.us/AppealsWeb/AppealsStatus.aspx.
>
> If you have any questions, please contact the Public Records Division at 617-727-2832 or pre@sec.state.ma.us.
>
> Thank you,
>
> Patrick Pierce (He/Him/His)
>
> Office of the Secretary of the Commonwealth
>
> Public Records Division
>
> One Ashburton Place, Room 1719
>
> Boston, MA, 02108
>
> 617-727-2832

1