# Chan, Benjamin (SEC)

| | |
|---|---|
| **From:** | Gottfredsen, Jeffrey (SEC) |
| **Sent:** | Wednesday, May 8, 2024 11:02 AM |
| **To:** | Richard Siemasko |
| **Cc:** | SEC-DL-PREWEB |
| **Subject:** | FW: SPR24/1359 Appeal Acknowledgement additional info |
| **Attachments:** | SKM_C300i24050711211.pdf |

Good morning,

Thank you for your emails. Our office will review this information as we prepare the determination letter for this appeal.

Regards,
Jeff Gottfredsen

Senior Attorney | Public Records Division
Office of the Secretary of the Commonwealth
One Ashburton Place, Room 1719 | Boston, MA 02108
617-727-2832 | Jeffrey.Gottfredsen@sec.state.ma.us

---

**From:** Richard Siemasko <rsiemasko@newburyportpolice.com>
**Sent:** Tuesday, May 7, 2024 11:40
**To:** Gottfredsen, Jeffrey (SEC) <Jeffrey.Gottfredsen@sec.state.ma.us>
**Subject:** SPR24/1359 Appeal Acknowledgement additional info

Good Morning,
This case did not involve domestic violence. It was incidental contact restraining order violation. The Newburyport District did the original show cause hearing and took the matter under advisement once they found out the alleged victim is a Salisbury Police Officer.

Attached are the court documents. We have no documents about the final disposition of this matter and she has nothing on her BOP.

Sincerely,

*Richard J. Siemasko, Esq.*
*Senior Lieutenant*
*Newburyport Police Dept.*
*4 Green Street*
*Newburyport, MA  01950*
*978-462-4411 ext. 1003*

CONFIDENTIALITY: This communication, including attachments, is for exclusive use of the addressee(s) and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, or distribution or the taking of any action in reliance upon this information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this communication and destroy all copies.

**From:** Richard Siemasko
**Sent:** Tuesday, May 7, 2024 8:36 AM
**To:** Gottfredsen, Jeffrey (SEC) <Jeffrey.Gottfredsen@sec.state.ma.us>
**Subject:** RE: SPR24/1359 Appeal Acknowledgement

Good Morning,
I did provide him with a copy of the log and his statement.

I directed him to the court to get documentation for the results of the show cause hearing. Those are their documents not mine.

Show cause hearings are not open to the public.

I denied his request for the narrative because it falls within both the CORI and privacy exceptions to the public records law.

Sincerely,

*Richard J. Siemasko, Esq.*
*Senior Lieutenant*
*Newburyport Police Dept.*
*4 Green Street*
*Newburyport, MA  01950*
*978-462-4411 ext. 1003*

CONFIDENTIALITY: This communication, including attachments, is for exclusive use of the addressee(s) and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, or distribution or the taking of any action in reliance upon this information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this communication and destroy all copies.

**From:** Gottfredsen, Jeffrey (SEC) <Jeffrey.Gottfredsen@sec.state.ma.us>
**Sent:** Monday, May 6, 2024 4:37 PM
**To:** Richard Siemasko <rsiemasko@newburyportpolice.com>
**Cc:** SEC-DL-PREWEB <SEC-DL-PREWEB@sec.state.ma.us>; [redacted]
**Subject:** SPR24/1359 Appeal Acknowledgement

Dear Records Custodian,

This office has received an appeal relating to your entity's response to a request for public records. Attached are further details concerning this appeal. If you are able to provide further information or have any questions relating to this matter, please contact the Public Records Division at pre@sec.state.ma.us or 617-727-2832.

Given that the Supervisor of Records must issue a determination within ten business days of receipt of the appeal petition, please provide any additional information to this office as soon as possible.

Thank you,
Jeff Gottfredsen

Senior Attorney | Public Records Division
Office of the Secretary of the Commonwealth
One Ashburton Place, Room 1719 | Boston, MA 02108
617-727-2832 | Jeffrey.Gottfredsen@sec.state.ma.us

**Disclaimer**

This communication from the City of Newburyport is intended only for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you received this e-mail in error, please notify the sender immediately and destroy this e-mail and all copies of it.  Thank you.

The Commonwealth of Massachusetts considers most electronic communications to and from public employees to be public records and disclosable under the Massachusetts Public Records Law and its implementing regulations.