# Chan, Benjamin (SEC)

| | |
|---|---|
| **From:** | Pierce, Patrick (SEC) |
| **Sent:** | Monday, May 6, 2024 9:58 AM |
| **To:** | Durgin, Barbara (SEC); Manning, Michael (SEC); Lombardi, Nicholas (SEC); Manolios, Julie (SEC) |
| **Cc:** | Rastellini, Patricia (SEC); Gottfredsen, Jeffrey (SEC); Papadopoulos, Alexander (SEC) |
| **Subject:** | RE: Morning spreadsheet |
| **Attachments:** | SPR24-1359.pdf |

SPR24/1359 opened for Jeff.

Thank you,

Patrick Pierce (He/Him/His)
Office of the Secretary of the Commonwealth
Public Records Division
One Ashburton Place, Room 1719
Boston, MA, 02108
617-727-2832

---

**From:** Durgin, Barbara (SEC) <Barbara.Durgin@sec.state.ma.us>
**Sent:** Monday, May 6, 2024 9:34 AM
**To:** Manning, Michael (SEC) <Michael.Manning@sec.state.ma.us>; Pierce, Patrick (SEC) <Patrick.Pierce@sec.state.ma.us>; Lombardi, Nicholas (SEC) <Nicholas.Lombardi@sec.state.ma.us>; Manolios, Julie (SEC) <Julie.Manolios@sec.state.ma.us>
**Cc:** Rastellini, Patricia (SEC) <Patricia.Rastellini@sec.state.ma.us>; Gottfredsen, Jeffrey (SEC) <Jeffrey.Gottfredsen@sec.state.ma.us>; Papadopoulos, Alexander (SEC) <Alexander.Papadopoulos@sec.state.ma.us>
**Subject:** Morning spreadsheet

Good morning, attached is the spreadsheet to open morning appeals.
Thank you