# Chan, Benjamin (SEC)

| | |
|---|---|
| **From:** | Pierce, Patrick (SEC) |
| **Sent:** | Monday, May 20, 2024 10:56 AM |
| **To:** | ███████████████; rsiemasko@newburyportpolice.com |
| **Cc:** | SEC-DL-PREWEB |
| **Subject:** | SPR24/1359 Determination |
| **Attachments:** | spr241359.pdf |

Good Morning,

Please be aware, the Supervisor of Records has issued a determination relating to an appeal in which you were involved. This determination is attached and available online at: http://www.sec.state.ma.us/AppealsWeb/AppealsStatus.aspx.

If you have any questions, please contact the Public Records Division at 617-727-2832 or pre@sec.state.ma.us.

Thank you,

Patrick Pierce (He/Him/His)
Office of the Secretary of the Commonwealth
Public Records Division
One Ashburton Place, Room 1719
Boston, MA, 02108
617-727-2832