# Chan, Benjamin (SEC)

| | |
|---|---|
| **From:** | Arthur, Manza (SEC) |
| **Sent:** | Monday, May 20, 2024 10:54 AM |
| **To:** | Chan, Benjamin (SEC); Manning, Michael (SEC); Pierce, Patrick (SEC); Lombardi, Nicholas (SEC); Manolios, Julie (SEC) |
| **Cc:** | Durgin, Barbara (SEC); Gottfredsen, Jeffrey (SEC) |
| **Subject:** | RE: SPR24/1359 Draft Determination Letter (due today) |
| **Attachments:** | spr241359.pdf |

Can this be closed and sent to the parties please? Thank you!

---

**From:** Gottfredsen, Jeffrey (SEC) <Jeffrey.Gottfredsen@sec.state.ma.us>
**Sent:** Monday, May 20, 2024 10:08 AM
**To:** Arthur, Manza (SEC) <manza.arthur@sec.state.ma.us>
**Subject:** SPR24/1359 Draft Determination Letter (due today)

Hello Manza,

Please find attached and saved in the share drive a draft determination letter for the subject case for your review and signature.

Newburyport PD needs to clarify its claims under Ex. (a), CORI, and Ex. (c) for withholding the narrative portion of a police report.

Thanks,
Jeff