

# The Commonwealth of Massachusetts
William Francis Galvin, Secretary of the Commonwealth
Public Records Division

Manza Arthur
*Supervisor of Records*

May 06, 2024
**SPR24/1359**

Mr. Patrick Szymkowski
138 North Road
Fremont, NH 03044

Dear Mr. Patrick Szymkowski:

I have received your letter appealing the response of the City of Newburyport – Police Department to your request for records.

I have directed a member of my staff, Jeffrey Gottfredsen, Esq., to review this matter. Upon completion of the review, I will advise you in writing of the disposition of this case. If in the interim you receive a satisfactory response to your request, please notify this office immediately.

Any further correspondence concerning this specific appeal should refer to the SPR case number listed under the date of this letter.

Sincerely,

Manza Arthur
Supervisor of Records

cc: Lt. Richard J. Siemasko

# Pierce, Patrick (SEC)

| | |
|---|---|
| **From:** | Patrick Szymkowski |
| **Sent:** | Friday, May 3, 2024 7:48 PM |
| **To:** | SEC-DL-PREWEB |
| **Cc:** | Richard Siemasko |
| **Subject:** | Denied Record Request Appeal |
| **Attachments:** | Szymkowski Record Request Denial.pdf |

To whom it may concern,

I submit this appeal following a denied records request of a police narrative kept by the Newburyport Police Department. I was the reporting party / victim of the record, NPD offense    #22-327-OF. The report alleges a protection order violation.

I am the **plaintiff** of a NH restraining order originally issued in 2018, renewed in 2019, followed by a 5 year extension in 2020.

I base this appeal as the named **VICTIM** in the above identified offense report. Furthermore, according to the Domestic Violence Law Enforcement Guidelines 2017 (see below), I am wrongfully being withheld the report.

*13. **Confidentiality of Reports:** Chapter 41 Section 97D All reports, including communications between police officers and victims of domestic violence/ abuse perpetrated by family or household members, rape and sexual assault are confidential, and are not public records. Violation of this section shall be punished by imprisonment of 1 year and/or fined $1,000.00.*

 *• Police departments shall ensure the confidentiality of domestic violence records including information regarding the identity of a victim or children and any medical information or statement by witnesses. • Victims of domestic violence have a strong privacy interest in this type of information— whether contained in the initial incident report or supplemental reports. **With the exception of the complete report's release to the victim,** reports should be reviewed and redacted accordingly in response to other requests.*

*https://www.mass.gov/doc/2017-domestic-violence-law-enforcement-guidelines-1/download*

Respectfully,

Patrick Szymkowski
138 North Road
Fremont, NH 03044

 Gmail     Patrick Szymkowski <pszymkowski1@gmail.com>

# Public Records Request
5 messages

**Patrick Szymkowski**    Wed, Apr 17, 2024 at 7:49 PM
To: rsiemasko@newburyportpolice.com

Lt. Siemasko,

My name is Patrick Szymkowski (5/20/77). I am the named victim contained within Newburyport Police Department incident # 22-327-OF. The defendant of this incident was identified as Destinie Berard (12/1/79).

I respectfully request any and all records related to that incident report, to include:

1. Later filed arrest report
2. In-house records related to the final disposition following the clerk's hearing held at Peabody District Court

These records are requested for my newly retained attorney / victim advocate, following Berards recent NH arrest from charges as noted in my written statement provided on 5/31/22.

Please inform me of the fees associated with this record request.


Thank you,

Patrick Szymkowski
138 North Road
Fremont, NH 03044
978-994-5323


**Richard Siemasko** <rsiemasko@newburyportpolice.com>    Thu, Apr 18, 2024 at 8:16 AM
To: Patrick Szymkowski
Cc: Susan McGrath <SMcGrath@newburyportpolice.com>

Good Morning
I have received your public records request. I have reviewed the report that you requested. Unfortunately, I am required by law to deny your request for the following reasons. Exception A to the Public Records Law, allows the withholding of records that specifically or by necessary implication are exempted from disclosure by statute.

1. Reports that contain CORI information cannot be released, pursuant to 803 CMR 223 & 803 CMR 5.14

2. Exception C to the Public Records Law, Disclosure of this record relating to a named individual may constitute an unwarranted invasion of personnel privacy.
This record could not possibly be redacted in a manner to avoid identification of such individual.

Additionally I suggest you contact Peabody District Court for court related records..

Please be advised that pursuant to 950 CMR 32.00 and G.L. c. 66, section 10A (a) you have the right to appeal this decision to the Supervisor of Public Records within 90 calendar days. Such appeal shall be in writing, and shall include a copy of the letter by which the request was made and, if available, a copy of the letter by which the custodian responded. The Supervisor shall accept an appeal only from a person who had made his or her record request in writing. Pursuant to G.L. c. 66, section 10A(c), you also have the right to seek judicial review, commencing a civil action in the superior court.

Sincerely,

Richard J. Siemasko, Esq.
Senior Lieutenant
Newburyport Police Dept.
4 Green Street
Newburyport, MA 01950
978-462-4411 ext. 1003

CONFIDENTIALITY: This communication, including attachments, is for exclusive use of the addressee(s) and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, or distribution or the taking of any action in reliance upon this information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this communication and destroy all copies.

[Quoted text hidden]

## Disclaimer

This communication from the City of Newburyport is intended only for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail in error, please notify the sender immediately and destroy this e-mail and all copies of it. Thank you.

The Commonwealth of Massachusetts considers most electronic communications to and from public employees to be public records and disclosable under the Massachusetts Public Records Law and its implementing regulations.

---

**Patrick Szymkowski** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Thu, May 2, 2024 at 9:05 AM
To: Richard Siemasko <rsiemasko@newburyportpolice.com>
Cc: Susan McGrath <SMcGrath@newburyportpolice.com>

Lt. Siemasko,

As the named victim contained within Newburyport Police offense report 22-327-OF, I respectfully request a copy of the police narrative, and my provided written statement for said documented incident (22-327-OF).

I am not seeking the report section which contains all sensitive personal identifying information, ONLY the police narrative, and my written statement.

Sincerely,

Patrick Szymkowski

[Quoted text hidden]

---

**Richard Siemasko** <rsiemasko@newburyportpolice.com>  Thu, May 2, 2024 at 9:40 AM
To: Patrick Szymkowski ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Cc: Susan McGrath <SMcGrath@newburyportpolice.com>

Good Morning,
My response is the same.
[Quoted text hidden]

---

**Susan McGrath** <SMcGrath@newburyportpolice.com>  Fri, May 3, 2024 at 10:24 AM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Lt Siemasko has agreed to release the dispatch log entry and your handwritten statement - attached.

Susan McGrath
Records Clerk
Newburyport Police Department
4 Green Street
Newburyport, MA 01950

(978) 462-4411  x1023
(978) 465-8802 (fax)
smcgrath@newburyportpolice.com

Record office hours are Monday-Friday 8:00 am to 1:00 pm

Notice:
This email is subject to MGL: Chpt.66, Sec.10 Public Records Law.
[Quoted text hidden]

---

📄 **Dispatch - Statement.pdf**
405K