# Chan, Benjamin (SEC)

| | |
|---|---|
| **From:** | Gottfredsen, Jeffrey (SEC) |
| **Sent:** | Monday, May 6, 2024 4:37 PM |
| **To:** | Richard Siemasko |
| **Cc:** | SEC-DL-PREWEB; |
| **Subject:** | SPR24/1359 Appeal Acknowledgement |
| **Attachments:** | SPR24-1359.pdf |

Dear Records Custodian,

This office has received an appeal relating to your entity's response to a request for public records. Attached are further details concerning this appeal. If you are able to provide further information or have any questions relating to this matter, please contact the Public Records Division at pre@sec.state.ma.us or 617-727-2832.

Given that the Supervisor of Records must issue a determination within ten business days of receipt of the appeal petition, please provide any additional information to this office as soon as possible.

Thank you,
Jeff Gottfredsen

Senior Attorney | Public Records Division
Office of the Secretary of the Commonwealth
One Ashburton Place, Room 1719 | Boston, MA 02108
617-727-2832 | Jeffrey.Gottfredsen@sec.state.ma.us