UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA ALBRECHT, )<br>)<br>    Plaintiff )<br>  v. )     Civil No. 1:25-cv-10438-ADB<br>)<br>CITY OF NEWBURYPORT, *et al.*, )<br>)<br>    Defendants. ) | |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

NOW COMES Plaintiff Dana Albrecht, *pro se*, and respectfully moves this Court to extend the deadline for Plaintiff to file a response to *Defendant's Motion to Dismiss* (ECF No. 29) and accompanying *Memorandum* (ECF No. 30) up to and including Friday, June 27, 2025. In support thereof it is stated:

1. Yesterday afternoon, on June 12, 2025, Plaintiff received additional relevant materials from the Massachusetts Secretary of the Commonwealth's Public Records Division (ECF No. 31).

2. Plaintiff respectfully requests a two-week extension to allow additional time to prepare a complete and thorough response.

3. Counsel for Defendants has assented to the relief requested.

WHEREFORE, Plaintiff respectfully requests that this Court:

A) Extend the deadline for Plaintiff to file a response to *Defendant's Motion to Dismiss* (ECF No. 29) and accompanying *Memorandum* (ECF No. 30) up to and including Friday, June 27, 2025; and,

B) Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

_____
DANA ALBRECHT
*Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com

June 13, 2025.

## CERTIFICATE OF SERVICE

I, Dana Albrecht, hereby certify that a copy of this motion shall be served on all parties and/or counsel of record registered through the ECF system.

_____
DANA ALBRECHT

June 13, 2025