UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DANA ALBRECHT,** ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil No. 1:25-cv-10438-ADB |
| ) | |
| **CITY OF NEWBURYPORT,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS**

NOW COMES Plaintiff Dana Albrecht, *pro se*, and respectfully moves this Court to deny *Defendant's Motion to Dismiss* (ECF No. 29). In support thereof it is stated:

1. This Honorable Court should deny *Defendant's Motion to Dismiss* (ECF No. 29).

2. An accompanying *Memorandum of Law* (ECF No. 35) is submitted separately in support herewith.

- 1 -

WHEREFORE, Plaintiff respectfully requests that this Court:

A) Deny Defendants' *Motion to Dismiss* in its entirety. If the Court finds that denying Defendants' *Motion to Dismiss* in its entirety is not proper, Plaintiff requests that only those claims the Court deems appropriate be dismissed; **or,**

B) Hold a hearing on Defendants' *Motion to Dismiss*; and,

C) Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

_____
DANA ALBRECHT
  *Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
**(603) 809-1097**
dana.albrecht@hushmail.com

June 30, 2025.

## CERTIFICATE OF SERVICE

I, Dana Albrecht, hereby certify that a copy of this objection shall be served on all parties and/or counsel of record registered through the ECF system.

_____
DANA ALBRECHT

June 30, 2025