**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Dana Albrecht**
           Plaintiff

                                                            CIVIL ACTION

           V.
                                                            NO. **1:25-cv-10438-ADB**



**City of Newburyport et al**
           Defendants


**ORDER OF DISMISSAL**


Burroughs, D. J.


       Pursuant to the court's Memorandum and Order of March 26, 2026, ADOPTING the
GRANTING Defendants' Motions to Dismiss, Plaintiff's Amended Complaint is hereby
dismissed. This case is CLOSED.

       IT IS SO ORDERED.

                                                            By the Court,


March 26, 2026                                              /s/ Caetlin McManus
        Date                                               Deputy Clerk